IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TARGET DRILLING INC.**, a Pennsylvania corporation,<br><br>Plaintiff<br><br>v.<br><br>**SOUTHERN COAL CORPORATION**, a Delaware corporation and<br>**KENTUCKY FUEL CORPORATION**, a Delaware corporation,<br><br>Defendants. | CIVIL ACTION NO. 2:13-cv-01238 |

## JUDGMENT

Defendant, Kentucky Fuel Corporation, having failed to plead or otherwise defend in this action, and default having been entered,

NOW, upon application of the Plaintiff and upon affidavit that Defendant, Kentucky Fuel Corporation, is indebted to the Plaintiff in the sum of $110,478.85, that Defendant, Kentucky Fuel Corporation, is not a minor or incompetent person and not in the military service of the United States, it is hereby

ORDERED, ADJUDGED AND DECREED, that Plaintiff recover of Defendant, Kentucky Fuel Corporation, the sum of $110,478.85, plus costs of this suit.

_____
CLERK

Dated: 10/22/13