IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

TARGET DRILLING, INC.,
A Pennsylvania Corporation,

Civil Division

Case No. 2:13-cv-01238

           Plaintiff,

vs.

SOUTHERN COAL CORPORATION
A Delaware Corporation and
KENTUCKY FUEL CORPORATION,
A Delaware Corporation,

           Defendants.

## NOTICE OF DISMISSAL

To:    Clerk of the United States District Court

Please dismiss the within action pursuant to Fer.R.Civ.P. 41 (a).

Respectfully Submitted,

*/s/ James R. Cooney*
ROBERT O LAMPL
PA I.D. #19809
JAMES R. COONEY
PA I.D. #32706
DAVID L. FUCHS
PA I.D. #205694
960 Penn Avenue, Suite 1200
Pittsburgh, PA 15222
(412) 392-0330 (phone)
(412) 392-0335 (facsimile)
Email: jcooney@lampllaw.com

NOW, this 24th day of MARCH, 2014,
IT IS SO ORDERED.
D /s/